**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHALIFAH E.D. SAIF'ULLAH, aka FERNANDO A. JACKSON, SR.,<br><br>            Petitioner,<br><br>     v.<br><br>KEVIN CHAPPELL, Warden,<br><br>            Respondent. | NO. CV 12-8208-JSL(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  __Feb. 7, 2013

*/s/ Spencer Letts/*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE